# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**RICO SANDERS,**

        **Petitioner,**

  **v.**                                     **Case No.  11-CV-00868**

**BRIAN FOSTER,**
**Warden, Green Bay Correctional Institution,**
        **Respondent.**

---

## DECISION AND ORDER

On September 14, 2011, Rico Sanders filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, asserting that his state court conviction and sentence were imposed in violation of the Constitution. Petitioner is currently incarcerated at Green Bay Correctional Institution. As part of his habeas corpus petition, petitioner moved this court to stay the proceedings in this case to give him the opportunity to exhaust one of his claims in state court. See Rhines v. Weber, 544 U.S. 269 (2005). I screened the case as required by Rule 4 of the Rules Governing § 2254 Cases, and I granted petitioner's motion to stay the proceedings after the state indicated that it did not oppose the motion.

Petitioner has now filed an amended complaint, adding a new claim and requesting that the case remain stayed to give him the opportunity to exhaust this new claim in state court. The state has not objected to the amended complaint or to a continued stay, **THEREFORE, IT IS ORDERED** that petitioner's request to continue to stay the proceedings in this case (ECF No. 12) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 16th day of March, 2015.

s/ Lynn Adelman

_____
LYNN ADELMAN
District Judge